UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 15 2015

JAMES N. HATTEN, CLERK
By: J. Brandon

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | ORIGINAL CASE |
| | ) | NO. 4:11CR00232-1 HEA |
| VS. | ) | NEW CASE (Transfer of Jurisdiction) |
| | ) | NO. 113 E 1:15-cr-00074-1 LMM |
| KAY T. OTTINGER, | ) | |
| | ) | |
| DEFENDANT | ) | |

## MOTION FOR EARLY TERMINATION OF PROBATION OR SUPERVISED RELEASE TERM

NOW COMES the Defendant, KAY T. OTTINGER, *Pro Se* (hereinafter referred to as "Defendant-Movant"), and moves this Court for an Early Termination of Probation or Supervised Release Term and, in support thereof, shows:

### Introduction

Defendant-Movant pled guilty to violating Title 18 U.S.C. §2 and §1341 *Mail Fraud*. She was represented in the original case in the United States District Court for the Eastern District of Missouri by David W. Harlan, Esq. (Armstrong Teasdale, LLP). Thomas C. Albus, Esq. and Michael W. Reap, Esq., Office of U. S. Attorney, were the prosecutors on the underlying prosecution before this Court.

### Background

On November 16, 2012, Defendant–Movant was sentenced by the Honorable Henry E. Autrey to a fifteen (15) month imprisonment, to be followed by a thirty-six (36) month term of supervised release. Judgment was entered on November 16, 2012 (Amended Date November 20, 2012). Defendant-Movant was released from federal custody on January 24, 2014

and immediately began her term of supervised release. Defendant-Movant has served seventeen (17) months of her term of supervised release without any violations. Accordingly, she respectfully moves this Court under Section 15 3583(e)(1) of Title 18 for early termination of her term of supervised release. Defendant-Movant seeks early termination of her supervised release because she has demonstrated that there is no need for her to remain under supervision and, more specifically, for the following reasons:

- Her mother, who lives in Alabama, requires Defendant-Movant's care and attention, thereby causing the Defendant-Movant to frequently requests (almost on a weekly basis) permission to travel to visit her mother in Alabama in order to care for her and attend to her special needs
- Defendant-Movant suffers a medical condition in which her doctors are located in the Atlanta, Georgia area, which causes her to frequently request permission to travel for her required medical treatment --

all of which creates an unduly burdensome process to her Probation Officer and is overly costly to all parties involved.

## Argument

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one (1) year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is 1) warranted by the conduct of an offender, and 2) is in the interest of justice. In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a) to the extent they are applicable.

## Conclusion

Defendant-Movant has done very well on supervised release, has sustained no new arrests, has stable family relationships, and has completed seventeen (17) months of her 36-month term of supervision without incident.  The Probation Officer does not appear to have objections and supports the early termination of her supervised release.  *See* Exhibit "A" attached hereto.

For the forgoing reasons, Defendant-Movant respectfully requests that the Court terminate her term of supervised release forthwith.

This __12__ day of __October__, 2015.

Respectfully submitted,

KAY T. OTTINGER, *Pro Se*
Defendant-Movant

3

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing upon:

David W. Harlan, Esq.
Armstrong Teasdale, LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO  63105

Thomas C. Albus, Esq.
Michael W. Reap, Esq.
Office of U. S. Attorney
111 S. Tenth Street, 20th Floor
St. Louis, MO  63102

by depositing a copy of same in the United States mail with adequate postage thereon to assure delivery.

This _12_ day of _October_, 2015.

KAY T. OTTINGER, *Pro Se*
Defendant-Movant

KAY T. OTTINGER
2658 ASHFORD RD., N.E.
ATLANTA, GA 30319





$0.71
US POSTAGE
FIRST-CLASS
062S0009192240
-30901

ATTN: JAMES N. HATTEN
CLERK - U. S. DISTRICT COURT
(ATLANTA DIVISION)
RICHARD B. RUSSELL FEDERAL BUILDING
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GA 30303-3309

30303$3318 C039