IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,          :
                                   :
    Plaintiff,                     :
                                   :
v.                                 :
                                   :
KAY T. OTTINGER,                   :          CIVIL ACTION NO.
                                   :          1:15-CR-74-LMM
                                   :
    Defendant.                     :

This case is before the Court for consideration of Defendant Kay Ottinger's

Unopposed Motion for Early Termination of Probation or Supervised Release

Term [2]. The United States has filed a response indicating that it does not

oppose the motion. After reviewing the record, the Court finds that it is

appropriate to terminate Defendant's Supervised Release. Therefore, Defendant's

Motion [2] is hereby **GRANTED**, and her supervised release is

**TERMINATED**.

    **IT IS SO ORDERED** this 20th day of November, 2015.


                                            **Leigh Martin May**
                                            **United States District Judge**